UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C.S. LAWN & LANDSCAPE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR, et al.,<br><br>Defendants. | Civil Case No. 1:23-cv-1533-TSC |

## PLAINTIFF'S [PROPOSED] ORDER

Upon consideration of the Plaintiff's Motion for Summary Judgment and the supporting Memorandum of Points and Authorities, it is hereby **ORDERED** that Plaintiff's motion is **GRANTED** and the Department of Labor's award of civil monetary penalties and back wages is therefore **VACATED**.

Date: _____, 2024               _____
                                           TANYA S. CHUTKAN
                                           United States District Judge

1

Attorneys to be notified:

Robert M. Belden
Jared McClain
INSTITUTE FOR JUSTICE
901 N. Glebe Rd., Suite 900
Arlington, VA 22203

Robert E. Johnson
INSTITUTE FOR JUSTICE
16781 Chagrin Blvd. #256
Shaker Heights, OH 44120

*Counsel for Plaintiff*


Brian M. Boynton
Principal Deputy Assistant Attorney General
Julie Straus Harris
Assistant Director, Federal Programs Branch
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue NW
Washington DC 20530-0001

Stephen Ehrlich
U.S. Department of Justice
Civil Division, Federal Programs Branch
Peter W. Rodino, Jr. Federal Building
970 Broad Street, 7th Floor
Newark, NJ 07102

*Counsel for Defendants*