UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C.S. LAWN & LANDSCAPE, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR, *et al.*, <br><br> Defendants. | Case No. 1:23-cv-01533-TSC |

### [PROPOSED] ORDER

Before the Court is Defendants' motion for summary judgment under Federal Rule of Civil Procedure 56. Having considered the papers submitted and any oral argument presented, and for good cause shown, Defendants' motion is hereby **GRANTED**. It is hereby **ORDERED** that summary judgment is hereby entered for Defendants on all claims. The Clerk of the Court is directed to close this case.

**SO ORDERED**.

Dated: _____, 20____         _____
                                                                    Hon. Tanya S. Chutkan, U.S.D.J.