UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C.S. LAWN & LANDSCAPE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR, et al.,<br><br>Defendants. | Civil Case No. 1:23-cv-1533-TSC |

**[PROPOSED] ORDER DENYING DEFENDANT'S
CROSS MOTION FOR SUMMARY JUDGMENT AND
GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Upon review and consideration of the parties' cross motions for summary judgment, including the Memoranda of Points and Authorities in support of and in opposition to the motions and the entire record, the Court finds that Plaintiff is entitled to relief. Therefore, it is hereby

**ORDERED** that Defendants' Cross-Motion for Summary Judgment is **DENIED**, and it is further

**ORDERED** that Plaintiff's Motion for Summary Judgment is **GRANTED** and the Department of Labor's award of civil monetary penalties and back wages is therefore **VACATED**.

Date: _____, 2025

_____
TANYA S. CHUTKAN
United States District Judge

Attorneys to be notified:

Robert M. Belden
Jared McClain
INSTITUTE FOR JUSTICE
901 N. Glebe Rd., Suite 900
Arlington, VA 22203

Robert E. Johnson
INSTITUTE FOR JUSTICE
16781 Chagrin Blvd. #256
Shaker Heights, OH 44120

*Counsel for Plaintiff*


Brian M. Boynton
Principal Deputy Assistant Attorney General
Julie Straus Harris
Assistant Director, Federal Programs Branch
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue NW
Washington DC 20530-0001

Stephen Ehrlich
U.S. Department of Justice
Civil Division, Federal Programs Branch
Peter W. Rodino, Jr. Federal Building
970 Broad Street, 7th Floor
Newark, NJ 07102

*Counsel for Defendants*