UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C.S. LAWN & LANDSCAPE, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR, *et al.*, <br><br> Defendants. | Case No. 1:23-cv-01533-TSC |

## NOTICE OF SUBSTITUTION OF COUNSEL

In accordance with Local Rule 83.6(a) and with Defendants' consent, the undersigned counsel, Anna Deffebach, files this notice of appearance as counsel of record for Defendants. Anna Deffebach respectfully requests to be substituted for Stephen Ehrlich, who was lead counsel of record for Defendants and who is leaving the Civil Division for other employment. Ms. Deffebach's contact information is as follows:

    Anna Deffebach
    United States Department of Justice
    Civil Division, Federal Programs Branch
    1100 L Street, NW, Washington, DC 20005
    Telephone: (202) 305-8356
    Facsimile: (202) 616-8470
    Anna.l.deffebach@usdoj.gov

Dated: January 31, 2025                                 Respectfully submitted,

                                                                   BRETT A. SHUMATE
                                                                   Acting Assistant Attorney General
                                                                   Civil Division

JULIE STRAUS HARRIS
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Anna Deffebach*
ANNA DEFFEBACH
DC Bar # 241346
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Washington, DC 20005
Telephone: (202) 305-8356
Facsimile: (202) 616-8470
Anna.l.deffebach@usdoj.gov

*Attorneys for Defendants*

2