# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| C.S. LAWN & LANDSCAPE, Inc, <br><br> Plaintiff, <br><br> v. <br><br> U.S. Department of Labor, *et al.*, <br><br> Defendants. | Case No.1:23-cv-01533-TSC |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants hereby give notice that on August 26, 2025, a United States District Court for the District of Columbia issued the attached Memorandum Opinion in *Butler Amusements, Inc. v. U.S. Dep't of Labor*, Case No. 24-cv-01042-BAH, involving similar challenges under Article II, Article III, and the Seventh Amendment to the Department of Labor's enforcement authority with respect to the H-2B program. (Attached hereto as Exhibit A).

September 3, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JACQUELINE COLEMAN SNEAD
Assistant Branch Director

*/s/ Pardis Gheibi*
PARDIS GHEIBI (D.C. Bar No. 90004767)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov

-2-

*Attorney for Defendants*

Case 1:23-cv-01533-TSC    Document 29    Filed 09/03/25    Page 2 of 3

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2025, I electronically filed this document with the Court by using the CM/ECF system, and that this document was distributed via the Court's CM/ECF system.

*/s/ Pardis Gheibi*