**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| C.S. LAWN & LANDSCAPE, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF LABOR, *et al.*,<br><br>        Defendants. | Case No. 23-cv-1533 (TSC) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 33, Plaintiff's Motion for Summary Judgment, ECF No. 16, is hereby DENIED, and Defendants' Cross-Motion for Summary Judgment, ECF No. 19, is hereby GRANTED.  It is hereby ORDERED that summary judgment be entered for Defendants on all claims.  The Clerk of the Court is directed to close this case.

Date: March 25, 2026

*Tanya S. Chutkan*
_____
TANYA S. CHUTKAN
United States District Judge